AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

FERRILL JOSEPH VOLPICELLI,

      Petitioner,             JUDGMENT IN A CIVIL CASE

  V.

                               CASE NUMBER:  **3:08-CV-00237-RCJ-VPC**

JACK PALMER, et al.,

      Respondents.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus (#5) is DENIED.


  October 5, 2009                                          **LANCE S. WILSON**
                                                                       Clerk

                                                                     /s/ D. R. Morgan
                                                                     Deputy Clerk